UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRYON D. HALL,<br><br>Plaintiff,<br>v.<br><br>SKAMANIA COUNTY SHERIFF's OFFICE et al.,<br><br>Defendant. | CASE NO. 3:26-cv-05468-DGE<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke. (Dkt. No. 9.) Plaintiff has not objected to Judge Fricke's R&R.[1] Accordingly, the Court, having reviewed the R&R of the Honorable Theresa L. Fricke and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. No. 9).

[1] The R&R was returned to the Court as undeliverable. (Dkt. No. 10.) Plaintiff has not provided an updated mailing address.

(2) Plaintiff's motion to proceed in forma pauperis (Dkt. No. 1) is DENIED and Plaintiff is directed to pay the $405.00 filing fee within 30 days of the date this Report & Recommendation is adopted.

(3) If no filing fee is paid by this deadline, then the case shall be dismissed without prejudice.

(4) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Theresa L. Fricke.

The Clerk is directed to calendar this event.

Dated this 19th day of August, 2026.

David G. Estudillo
United States District Judge